IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CLIFFORD JOE GRAHAM,<br><br>                              Petitioner,<br><br>     v.<br><br>DON MILLS,<br><br>                              Respondent. | Civil No. 09-462-TC<br><br>O R D E R |

     Magistrate Judge Coffin filed his Findings and Recommendation on March 8, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

     THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

     Dated this  30  day of March, 2010.

                                      /s/ Ann Aiken
                           Ann Aiken, United States District Judge